IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

BANKERS LIFE AND CASUALTY CO.,

    Plaintiff,

  v.

DONALD A. CROFTON, et al.,

    Defendants.

No. 1:13-cv-1121-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    After reviewing the file, I agree with Magistrate Judge Clarke that plaintiff has sufficiently pleaded subject matter

1 - ORDER

jurisdiction based on diversity. Accordingly, I adopt the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#17) is adopted. Defendants' motion to dismiss for lack of jurisdiction (#11) is denied.

IT IS SO ORDERED.

DATED this 24 day of November, 2013.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER